No. 95–6372.   SUTTLES *v.* HIGHTOWER, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 95–6376.   BREEDLOVE *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 95–6390.   SPEARS *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 95–6431.   BROWN *v.* MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 95–6448.   FERENC *v.* REINOSA ET AL.   C. A. 11th Cir. Certiorari denied.

No. 95–6507.   MAYES *v.* NEWBERRY, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 95–6550.   MILLS *v.* JONES, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 95–6557.   SINGLETARY *v.* SMITH, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 95–6565.   SO-FINE *v.* MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 95–6569.   WILKERSON *v.* MOSLEY, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 95–6587.   HAMBRICK *v.* THOMAS, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 95–6664.   WOODS *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 95–6666.   RAMIREZ *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 95–6668.   HOOD *v.* PHILLIPS, DIRECTOR, NORTH CAROLINA DIVISION OF PRISONS.   C. A. 4th Cir.   Certiorari denied.

No. 95–6671.   HILL *v.* JOHNSON, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 95–6672.   KEY *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.